IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HATTIE L. KING, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| VS. | )    No. 13-2167-JDT/tmp |
| | ) |
| RANDY WADE, et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

Magistrate Judge Tu M. Pham has issued a report in this matter [DE# 13], recommending that Plaintiff's motion for immediate relief [DE# 8] be denied and also that her motion for summary judgment [DE# 10] be denied. Plaintiff has filed objections to the report and recommendation [DE# 17].

Having carefully reviewed the record, the controlling case law, and Plaintiff's objections, the court agrees with Magistrate Judge Pham's decision. Because he thoroughly explained his decision and because an issuance of a more detailed written opinion would be unnecessarily duplicative and would not enhance this court's jurisprudence, the court ADOPTS the report and recommendation of Magistrate Judge Pham for the reasons set forth in his order. Accordingly, Plaintiff's motion for immediate relief and Plaintiff's motion for summary judgment are DENIED.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE